United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 18, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-41691
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE GUADALUPE ESPINOZA-CARDENAS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-02-CR-711-ALL
--------------------

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Jose Guadalupe Espinoza-Cardenas pleaded guilty to one count
of illegal entry into the United States in violation of 8 U.S.C.
§ 1325.  He was sentenced to eight months of imprisonment and
one year of supervised release.  Espinoza-Cardenas argues that
there is a conflict between the written and oral judgments.
The written judgment contains a condition of supervised release
prohibiting the possession of a dangerous weapon; the oral
pronouncement of sentence did not mention this provision.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

For the reasons outlined in <u>United States v. Torres-Aguilar</u>, 352 F.3d 934, 935-38 (5th Cir. 2003), we conclude that the district court's omission of the dangerous weapon prohibition during the oral pronouncement of sentence did not create a conflict with the sentence set forth in the judgment.

AFFIRMED.